# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 1, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 04-00344HG |
| CASE NAME: | U.S.A. vs. (01) JEFFREY DECASTRO, JR. |
| ATTYS FOR PLA: | Clare E. Connors |
| ATTYS FOR DEFT: | Alexander M. Silvert |
| U.S.P.O.: | Mark T. Nugent |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | February 1, 2006 | TIME: | 11:00 - 11:25 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

The defendant admitted to Violation #5.

The Court finds that this is Grade C violation, Criminal History Category I.

Allocution by the defendant.

Supervised release is revoked.

ADJUDGED: Impr of 10 mos.

SUPERVISED RELEASE: 26 mos upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7. That the defendant shall participate in substance abuse treatment which includes drug testing at the discretion and direction of the Probation Office..

8. That the defendant is prohibited from the possession and use of alcohol and shall be subject to up to 8 alcohol breath tests per month.

9. That the defendant obtain his GED.

10. That the defendant shall maintain full-time employment.

11. That upon release from imprisonment, the defendant may be required to reside in a half-way house or transitional living home, at the discretion and direction of the Probation Office.

12. That if the defendant fails to comply with substance abuse testing and/or treatment the defendant shall be brought before the Court on an Order to Show Cause Why Supervised Release Should Not Be Revoked.

13. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

Advised of rights to appeal the sentence, etc.

Submitted by: David H. Hisashima, Courtroom Manager