AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL
819032

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 04-00344HG 01 |
| JEFFREY DECASTRO, JR. | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 8 2006

at ____ o'clock and 3:0 __ min. PM
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST JEFFREY DECASTRO, JR. and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order To Show Cause why supervision should not be revoked

RECEIVED
2006 JAN 12 PM 2:23
U.S. MARSHALS SERVICE
HONOLULU, HI

in violation of Title   United States Code, Section(s) .

Sue Beitia
Name and Title of Issuing Officer

Clerk U.S. District Court
Title of Issuing Officer

[signature]
Signature of Issuing Officer/Deputy Clerk

January 12, 2006 at Honolulu, Hawaii
Date and Location

Bail Fixed at NO BAIL   By: Helen Gillmor, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received 12/12/06 Date of Arrest 12/27/2006 | NAME AND TITLE OF ARRESTING OFFICER Anthony C. Cole DUSM | SIGNATURE OF ARRESTING OFFICER [signature] |